Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated December 15, 2014, which denied his motion to be resentenced pursuant to CPL 440.46 on his conviction of criminal possession of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on September 14, 2005.
 

 Ordered that the order is affirmed.
 

 The Supreme Court did not improvidently exercise its discretion in denying the defendant’s motion to be resentenced pursuant to CPL 440.46. The defendant has an extensive criminal history, as well as a pattern of repeatedly violating parole (see People v Perez, 127 AD3d 884 [2015]; People v John, 120 AD3d 591 [2014]; People v George, 118 AD3d 1019 [2014]). Further, his prison disciplinary record indicates four tier II violations. Moreover, and significantly, the defendant has had recent convictions for robbery and aggravated assault in New Jersey. Accordingly, substantial justice dictated that the defendant’s motion be denied (see People v John, 120 AD3d at 591; People v George, 118 AD3d at 1019-1020; People v Vidal, 111 AD3d 967, 968 [2013]).
 

 Balkin, J.P., Leventhal, Austin and Iannacci, JJ., concur.